UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

MEGLADON, INC., a Florida
corporation,

      Plaintiff,

v.

VILLAGE OF PINECREST,
a Florida municipal corporation,

      Defendant.

_____/

**DEFENDANT, VILLAGE OF PINECREST'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446(a), Defendant, VILLAGE OF PINECREST

(the "Village"), hereby removes the action pending in the Circuit Court of the Eleventh Judicial

Circuit in and for Miami-Dade County, Florida, styled *Megladon, Inc. v. Village of Pinecrest*, Case

No. 2021-018031-CA-01, to the United States District Court for the Southern District of Florida.

**PROCEDURAL BACKGROUND**

1.      The Village is named as the sole defendant in a civil action originally filed in the

Eleventh Judicial Circuit in and for Miami Dade County, Case No. 2021-018031-CA-01.  This

state court is located within the Southern District of Florida.

2.      On July 29, 2021, Defendant Village of Pinecrest accepted service of the summons

and complaint.  Thus, removal is timely pursuant to 28 U.S.C. § 1446(b).

3.      A copy of the Complaint and any other pleadings, process, and orders in this case

are attached hereto as Exhibit "A," pursuant to 28 U.S.C. § 1446(a).

4.      The Village consents to removal of this action pursuant to 28 U.S.C. §1446(b) (2) (A), as represented herein and signed by counsel representing the Village. *See, e.g., Mitsui Lines Ltd. v. CSX Intermodal Inc.*, 564 F. Supp. 2d 1357, 1360-1361 (S.D. Fla. 2008) ("[T]here must be some timely filed written indication from each served defendant, or from some person or entity purporting to formally act on its behalf in this respect and to have authority to do so, that it has actually consented to such action.") (quoting *Getty Oil Corp. v. Insurance Co. of N.A.*, 841 F.2d 1254, 1262 n. 11 (5th Cir. 1988)).

5.      A copy of the Notice of Filing Notice of Removal, which is being contemporaneously filed with the Eleventh Judicial Circuit in and for Miami Dade County Court, is attached hereto as Exhibit "B."

### GROUNDS FOR REMOVAL

6.      28 U. S. C. §1441(a) provides, "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the [federal] district courts . . . have original jurisdiction, may be removed by the defendant . . . to the [appropriate federal] district court."

7.      This Court has original federal question jurisdiction over Count 3 in the Plaintiff's Complaint, pursuant to 28 U.S.C. § 1331, which is brought pursuant to the "Fifth Amendment to the United States Constitution". The complaint alleges, "Under federal law, the Village has the additional burden of proving that its demanded dedication of land in fee simply is roughly proportional to the impacts of Megladon's proposed re-development of the lot". The complaint further alleges "the Village's refusal to process Megladon's application on the basis of improper demand of an unconstitutional condition". The complaint requests that the Court "declare the right of way dedication subjection of the Director's May 14, 2020 Refusal to Process email constitutes

an unconstitutional condition in violation of the Fifth Amendment to the United States Constitution. *See* Complaint at ¶¶73-81 & Wherefore Clause to Count 3.

8.      This Court has supplemental jurisdiction over the remaining claims, pursuant to 28 U.S.C. § 1367.

9.      The Village has tendered the filing fee of $400 to the Clerk of Court, along with the Civil Cover Sheet, which is attached as Exhibit C.  The Village has also filed a copy of this Notice of Removal in the state court action and served a copy on all parties.

10.      Venue is proper under 28 U.S.C. §1441(a) because the state court where the suit is pending is located in this District.

**WHEREFORE**, the Defendant, the VILLAGE OF PINECREST, remove the above-styled action, now pending in the Eleventh Judicial Circuit in and for Miami-Dade County, to this Court for all further proceedings.

DATED:  August 3, 2021.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Counsel for Village of North Palm Beach and Ofc. Brendel*
200 E. Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301
Telephone: (954) 763-4242
Telecopier: (954) 764-7770

By:   /s/ *Eric L. Stettin*
        ERIC L. STETTIN
        Florida Bar No. 0831697
        Primary email: estettin@wsh-law.com
        Secondary email: skosto@wsh-law.com
        ALICIA GONZALEZ
        Florida Bar No. 75342
        agonzalez@wsh-law.com (primary)
        ozuniga@wsh-law.com secondary)

3

## <u>SERVICE LIST</u>

MEGLADON, INC. v. VILLAGE OF PINECREST
CASE NO.

Amy Brigham Boulris, Esq.
Carlos A. Haag
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue
Brickell World Plaza
Suite 3500
Miami, Florida  33131
Telephone: (305) 376-6062
Facsimile: (305) 376-6010
Email:   aboulris@gunster.com
chaag@gunster.com

Eric L. Stettin, Esq.
Alicia Gonzalez, Esq.
WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.
200 East Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301
Telephone:  (954) 763-4242
Facsimile:  (954) 764-7770
Email: EStettin@wsh-law.com
AGonzalez@wsh-law.com
Counsel for the Defendant