IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No. 2021-018031-CA-01

MEGLADON, INC., a Florida corporation,

    Plaintiff,

v.

VILLAGE OF PINECREST, a Florida
municipal corporation,

    Defendant.
_____/

## **NOTICE OF FILING NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendant, Village of Pinecrest (the "Village"), hereby gives notice to the Clerk of Court of the 11th Judicial Circuit Court, Miami-Dade County, Florida, that on August 2, 2021, the Village removed this action to the United States District Court, Southern District of Florida. A copy of the Notice of Removal is attached hereto as **Exhibit 1**.

Pursuant to 28 U.S.C. § 1446(d), the filing of this notice "effect[s] the removal" and this Court "shall proceed no further unless and until the case is remanded."

    Respectfully submitted,

    WEISS SEROTA HELFMAN
    COLE & BIERMAN, P.L.
    *Counsel for Village of North Palm Beach and Ofc. Brendel*
    200 E. Broward Blvd., Suite 1900
    Fort Lauderdale, FL 33301
    Telephone: (954) 763-4242
    Telecopier: (954) 764-7770

    By:  /s/ *Eric L. Stettin*
          ERIC L. STETTIN
          Florida Bar No. 0831697

Exhibit "B"

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

Primary email: estettin@wsh-law.com
Secondary email: skosto@wsh-law.com
ALICIA GONZALEZ
Florida Bar No. 75342
agonzalez@wsh-law.com (primary)
ozuniga@wsh-law.com secondary)

**CERTIFICATE OF SERVICE**

I certify that the foregoing was electronically filed in this action on August 3, 2021, through the Florida Courts E-Filing Portal, and that the Portal was used as a means to serve the e-filed document upon all counsel and parties on the e-service list associated with this action.

By: */s/ Eric L. Stettin*
Eric L. Stettin