UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-22819-ALTMAN/REID

MEGLADON, INC.,
A Florida Corporation,

     Plaintiff,

v.

VILLAGE OF PINECREST,
A Florida municipal corporation,

     Defendant.

                                 /

## <u>ORDER FOLLOWING HEARING</u>

This cause is before the Court following a discovery hearing held on July 11, 2022. [ECF No. 84]. During the hearing, both parties agreed that an extension of the discovery cutoff to September 16, 2022, is necessary. In the Amended Scheduling Order, The Honorable Roy K. Altman provided that "[t]he parties may, by agreement or with the consent of the paired Magistrate Judge, extend any deadline relating to fact or expert discovery so long as that extension does not interfere with any of the other deadlines contained in this Scheduling Order." [ECF No. 81 at 2 n.2]. Accordingly, the Court extends the discovery cutoff to September 16, 2022, to afford the parties adequate time to conduct the necessary discovery in this case. All other deadlines set forth in the Amended Scheduling Order remain unchanged.

Additionally, Plaintiff, noting that the Undersigned's Standing Discovery Procedures requires a moving party to "seek relief within fifteen (15) days after the occurrence of the grounds for relief," [ECF No. 20], requests that this Court permit an extension of one week from the 15-

1

day deadline for Plaintiff to raise any issues related to Defendant's Amended Privilege Log. The

Court grants Plaintiff's request.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. All discovery must be completed by **September 16, 2022**.

2. Plaintiff is granted an additional week from the 15-day period to raise any issues relating to Defendant's Amended Privilege Log.

   **DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of July 2022.



   _____
   LISETTE M. REID
   UNITED STATES MAGISTRATE JUDGE


cc:   **U.S. District Judge Roy K. Altman**; and

   **All Counsel of Record**