

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 1:21-cv-22819-ALTMAN

MEGLADON, INC., a Florida
corporation,

       Plaintiff,

v.

VILLAGE OF PINECREST, a Florida
municipal corporation,

       Defendant.

_____/

### Verdict Form

We, the jury in the above-captioned case, answer the questions submitted to us as follows:

### State Claim

**1. When did the Village require the dedication at issue in our case in writing as a final condition of approval of Megladon's application for a building permit?**

**Answer (fill in the date):**

_04 - 03 - 2020_ .

Proceed to Question 2.

16

## Federal Claim

**2.**      **Was it a custom of the Village to require the dedication of private property without just compensation when landowners need permits for redevelopment or remodeling of private property that isn't being platted or subdivided?**

Answer (Yes or No): _____*Yes*_____.

If your answer to Question 2 was "yes," answer Questions 3 and 4. If your answer to Question 2 was "no," do not answer Questions 3, 4, 5, 6, 7, and 8, and simply sign and date the verdict form.

**3.**      **Did Megladon prove the existence of an unconstitutional custom based on:**

a.       **One or more statements to the effect that the Village had such a custom? Answer (Yes or No) _____; or**

b.       **Incidents of unconstitutional conduct that are substantially similar to Megladon's? Answer (Yes or No) _____; or**

**(c.)**       **Both. Answer (Yes or No) _*Yes*_.**

**4.**      **Did the Village Council have actual or constructive knowledge of and acquiesce in the Village's custom?**

Answer (Yes or No): _____*Yes*_____.

If your answer to Question 4 was "yes," answer Question 5. If your answer to Question 4 was "no," do not answer Questions 5, 6, 7, and 8, and simply sign and date the verdict form.

**5.**      **Did the Village's custom cause Megladon's injuries?**

Answer (Yes or No): ___*Yes*_____.

If your answer to Question 5 was "yes," answer Questions 6, 7, and 8. If

17

your answer to Question 5 was "no," do not answer Questions 6, 7, and 8, and simply sign and date the verdict form.

**6.     What are Megladon's damages as a result of the Village's refusal to issue it a building permit?**

$ _409,437.50_.

**7.     Did Megladon fail to reasonably mitigate its damages?** _No._

If your answer to Question 7 was "yes," answer Question 8. If your answer to Question 7 was "no," do not answer Question 8, and simply sign and date the verdict form.

**8.     By how much did Megladon fail to reasonably mitigate its damages?**

$ _____.

SO SAY WE ALL.


_____
Foreperson's Signature

Date: _03-12-2026_

18